IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PATRICIA COLLETTE SINNOTT, et al.,** ] <br> ] <br> **Plaintiffs,** ] <br> ] <br> v. ] <br> ] <br> **ELI LILLY AND COMPANY,** ] <br> ] <br> **Defendant.** ] | **Civil Action No.: 1:08-cv-01301(CKK)** <br> **Next Event:** |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Brandon J. Levine of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, PATRICIA COLLETTE SINNOTT and ROBERT THOMAS SALGO, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

/s/ Brandon J. Levine
BRANDON J. LEVINE, #412130
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046