IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA COLLETTE SINNOTT, et al., | ] |
| | ] |
| Plaintiffs, | ] |
| | ] |
| v. | ]   Civil Action No.: 1:08-cv-01301(CKK) |
| | ]   Next Event: |
| ELI LILLY AND COMPANY, | ] |
| | ] |
| Defendant. | ] |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Renee L. Robinson-Meyer of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, PATRICIA COLLETTE SINNOTT and ROBERT THOMAS SALGO, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES

 /s/ Renee L. Robinson-Meyer
RENEE L. ROBINSON-MEYER, #455375
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046