IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA COLLETTE SINNOTT, et al.,   ] | |
| ] | |
| Plaintiffs,   ] | |
| ] | |
| v.   ] | Civil Action No.: 1:08-cv-01301(CKK) |
| ] | Next Event: |
| ELI LILLY AND COMPANY,   ] | |
| ] | |
| Defendant.   ] | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Steven J. Lewis of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, PATRICIA COLLETTE SINNOTT and ROBERT THOMAS SALGO, in the above-referenced matter.

Respectfully submitted,

AARON M. LEVINE & ASSOCIATES


 /s/ Steven J. Lewis
STEVEN J. LEWIS, #472564
1320 19th Street, N.W., Suite 500
Washington, DC  20036
202-833-8040
Fax: 202-833-8046