IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA COLLETTE SINNOTT, et al., ] | |
| ] | |
| Plaintiffs, ] | |
| ] | |
| v. ] | Civil Action No.: 1:08-cv-01301(CKK) |
| ] | Next Event: |
| ELI LILLY AND COMPANY, ] | |
| ] | |
| Defendant. ] | |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Pursuant to LCvR 83.6, please enter the appearance of Benjamin J. Cooper of AARON M. LEVINE & ASSOCIATES as counsel for plaintiffs, PATRICIA COLLETTE SINNOTT and ROBERT THOMAS SALGO, in the above-referenced matter.

                                         Respectfully submitted,

                                         AARON M. LEVINE & ASSOCIATES

                                         /s/ Benjamin J. Cooper
                                        BENJAMIN J. COOPER, #502149
                                        1320 19th Street, N.W., Suite 500
                                        Washington, DC  20036
                                        202-833-8040
                                        Fax: 202-833-8046