CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PATRICIA COLLETTE SINNOTT, )
    ET AL. )
                                )
           Plaintiff   )
    v.                          )   Civil Case Number 08-1301 (RCL)
                                )
                                )   Category B
ELI LILLY AND COMPANY   )
                                )
          Defendant  )

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on August 4, 2008 from Judge Colleen Kollar-Kotelly to Chief Judge Royce C. Lamberth by direction of the Calendar Committee.

(Chief Judge Royce C. Lamberth consented to the transfer.)

                                          JUDGE ELLEN SEGAL HUVELLE
                                          Chair, Calendar and Case
                                          Management Committee

cc:   Chief Judge Lamberth & Courtroom Deputy
       Judge Kollar-Kotelly & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk